Gina L. Albertson (SBN 216960)
ALBERTSON LAW
2082 Michelson Drive, Suite 100-R
Irvine, California 92612
Telephone: (949) 825-5214
Facsimile: (949) 825-5211
galbertson@albertsonlaw.org

Attorneys for Defendant,
SELECT PORTFOLIO SERVICING, INC.

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## CENTRAL DISTRICT-WESTERN DIVISION

| | |
|---|---|
| JOHN BRIAN METCALF,<br><br>    Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendant. | Case No. CV 12 - 10913 PSG (PLAx)<br><br>Los Angeles Superior Court Case No. 12M09606<br><br>[Complaint filed: October 1, 2012]<br><br>**DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b) [FEDERAL QUESTION]** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant SELECT PORTFOLIO SERVICING, INC. (hereinafter, "SPS") hereby submits this Notice of Removal pursuant to 28 U.S.C. section 1441(b), removing this action from the Superior Court of California, County of Los Angeles, Small Claims Division, in which the matter is currently pending, to the United States District Court for the Central District of California, Western Division. Federal jurisdiction exists for the reasons set forth below.

///

1.  On or about October 1, 2012, plaintiff JOHN BRIAN METCALF (hereinafter, "PLAINTIFF") filed a complaint in the Superior Court of the State of California, County of Los Angeles, Small Claims Division, entitled <u>John Brian Metcalf v. Select Portfolio Servicing, Inc.</u>, Case Number 12M09606 (hereinafter, the "Complaint").  A true and correct copy of PLAINTIFF'S "Claim and Order to go to Small Claims Court" (i.e. the Complaint) is attached hereto as Exhibit "1."

2.  This is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331, and may be removed to this Court by SPS pursuant to the provisions of 28 U.S.C. section 1441(b) as PLAINTIFF'S claims arise under federal statute, including 15 U.S.C. section 1681 *et seq.* (the Fair Credit Reporting Act, hereinafter, "FCRA").

3.  Specifically, this matter arises from the sale of real property located at 3930 Lamont Street, San Diego, California 92109 (the "Subject Property").  In connection with his original purchase of the Subject Property, PLAINTIFF executed a promissory note and Deed of Trust, which encumbered the Subject Property.  In the Complaint, PLAINTIFF alleges, *inter alia*, "Defendant violated California's Credit Reporting Agencies Act (CCRAA) among others, which provide for private rights of action to enforce them regarding [the subject loan]." PLAINTIFF further alleges that "there was a process to disputing the information pertinent to the [FCRA]..."

4.  This Notice is timely made pursuant to 28 U.S.C. section 1446(b).

5.  As the servicer of the subject mortgage loan, SPS has a direct and immediate interest in PLAINTIFF'S claims.  ALBERTSON LAW does not anticipate any objection to this Notice from any other party.

6.  Pursuant to 28 U.S.C. section 1446(a), SPS has removed this action to "the district court of the United States for the district and division within which such action is pending...." Because the state court action is pending in Los Angeles, SPS seeks removal of the action to the Western Division of the United

States District Court for the Central District of California.

7. By filing this Notice of Removal, SPS does not waive any defenses, claims, and/or rights of any kind.

Dated: December 21, 2012         ALBERTSON LAW

By: *Gina L. Albertson*
GINA L. ALBERTSON
**Attorneys for Defendant,**
**SELECT PORTFOLIO SERVICING, INC.**

# EXHIBIT 1

## SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

OCT - 1 2012

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
GRACE LIN

*Fill in court name and street address:*
Superior Court of California, County of
LOS ANGELES

111 North Hill Street
Los Angeles, CA 90012

*Clerk fills in case number and case name:*
**Case Number:** 12M09606
**Case Name:** JOHN METCALF VS. SELECT PORTFOLIO SERVICING, INC.

RECEIVED
OCT 01 2012
CIVIL OPERATIONS
SMALL CLAIMS OFFICE

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date DEC 1 9 2012 | Time 8:30 AM | Department DEPT. 81 | Name and address of court if different from above RM 635 110 N. GRAND AVE., LA., CA. |

2. _____
3. _____

Date: OCT X 1 2012   Clerk, by _____, Deputy

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving" or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5 →

Plaintiff *(list names):* JOHN BRIAN METCALF

Case Number: **12M09606**

## ① The Plaintiff (the person, business, or public entity that is suing) is:

Name: JOHN BRIAN METCALF   Phone: ((619) 708-2239

Street address: 5666 LA JOLLA BOULEVARD #171   LA JOLLA   CA   92037
*Street* — *City* — *State* — *Zip*

Mailing address *(if different):* 2103 S. EL CAMINO REAL, UNIT 201   OCEANSIDE   CA   92054
*Street* — *City* — *State* — *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____   Phone: ( )

Street address: _____
*Street* — *City* — *State* — *Zip*

Mailing address *(if different):* _____
*Street* — *City* — *State* — *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

## ② The Defendant (the person, business, or public entity being sued) is:

Name: SELECT PORTFOLIO SERVICING, INC.   Phone: ( )

Street address: 3815 S. WEST TEMPLE   SALT LAKE CITY   UT   84115
*Street* — *City* — *State* — *Zip*

Mailing address *(if different):* 2710 GATEWAY OAKS DRIVE, STE 150N   SACRAMENTO   CA   95833
*Street* — *City* — *State* — *Zip*

Agent for Service → CSC - LAWYERS INCORPORATING SERVICE

**If more than one Defendant, list next Defendant here:**

Name: _____   Phone: ( )

Street address: _____
*Street* — *City* — *State* — *Zip*

Mailing address *(if different):* _____
*Street* — *City* — *State* — *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

## ③ The Plaintiff claims the Defendant owes $ 500 see attachment. *(Explain below):*

a. Why does the Defendant owe the Plaintiff money? As noted on attachment, Defendant violated California's Consumer Credit Reporting Agencies Act (CCRAA) among others, which provide for private rights of action to enforce them regarding loan(s) #   2770012041026   &

b. When did this happen? *(Date):* _____
   If no specific date, give the time period: *Date started:* July 1, 2010   *Through:* September 20, 2012

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* See Attachment
   In addition to monetary damages I'm seeking EQUITABLE RELIEF in the form of an injunctive order.

☑ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Revised January 1, 2012

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

SC-100, Page 2 of 5 →

Plaintiff (list names): JOHN BRIAN METCALF

Case Number: **12M09606**

**(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No

*If no, explain why not:* _____

**(5) Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies)*:

a. ☑ (1) Where the Defendant lives or does business.
   (2) Where the Plaintiff's property was damaged.
   (3) Where the Plaintiff was injured.
   (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**(6) List the zip code of the place checked in (5) above** *(if you know):* 90017

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No  *If yes, the filing fee for this case will be higher.*

**(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 9/26/12   JOHN BRIAN METCALF   [signature]
       *Plaintiff types or prints name here*   *Plaintiff signs here*

Date: _____   _____   _____
       *Second Plaintiff types or prints name here*   *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2012  |  **Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**  |  SC-100, Page 3 of 5 →

## SC-100 Information for the Defendant (the person being sued)

"**Small claims court**" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500, including a sole proprietor. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

### Need help?
Your county's Small Claims Advisor can help for free.



Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

---

Revised January 1, 2012 | **Plaintiff's Claim and ORDER to Go to Small Claims Court** (Small Claims) | SC-100, Page 4 of 5 →

## SC-100 — Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en: www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/prepararse.htm

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en: www.courtinfo.ca.gov/forms

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

*Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio.* O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en: www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores

**JOHN BRIAN METCALF**

Attachment to Small Claims Court Action

12M09600

Statement of Facts:

On or about October 2010 I attempted to pull a line of credit. I was thus informed that I could not obtain such credit due to information concerning an open / delinquent liability on my credit reports. I then pulled copies of my credit reports from the three major credit reporting agencies to confirm that indeed my long closed account # 2770012041026 with SELECT PORTFOLIO SERVICING was being reported as delinquent of 91-120 days which portrays the account as if it I had an current and open liability to it.

I proceeded to dispute this information with the credit reporting agencies in order to correct their records and revise the information to reflect the closure of said account. After several rounds of disputes that went nowhere, I was informed by the bureaus that the only way I could have the information changed was to go to the furnisher of the information, SELECT PORTFOLIO SERVICING, in order to change the reported information. Their response was to redirect me to the credit reporting bureaus who would then redirect me to SELECT PORTFOLIO SERVICING. This redundancy I felt would continue unabated unless I took more serious steps.

I sought the advice of a law firm specializing in consumer protection laws. They informed me that the primary liability for the information being reported to the credit bureaus lay with the entity that furnishes the information, SELECT PORTFOLIO SERVICING, to the credit bureaus rather than the entities that simply reflect said information. I was also informed that there was a process to disputing the information pertinent to the Fair Credit Reporting Act and California's Consumer Credit Reporting Agencies Act CC 1785.30 and 1785.16. Further, if the information would not be changed to reflect the accurate status of the account, then the information must be removed as I would remain unnecessarily damaged as a result of SELECT PORTFOLIO SERVICING's inaction.

I understand that SELECT PORTFOLIO SERVICING is a large nationalized corporation that may not have been aware of local consumer protection statutes dealing with credit reporting. This is why I had to take great pains in order to inform them of their duties in ensuring the accuracy of the information they report as well as respond to my pleas for assistance should they be found reported in error. Still the information reported on my accounts remains as it was when my disputes began over a year ago.

I informed SELECT PORTFOLIO SERVICING of this requirement to delete the information pertinent to California Civil Code 1785.16. I was rebuked by SELECT PORTFOLIO SERVICING who considered my notice little more than yet another credit information dispute. My last resort is to file suit under California Civil Code 1785.31 (a) (1) for the fee's I incurred as a result of tirelessly attempting to get SELECT PORTFOLIO SERVICING to do the right thing and reflect the correct information on my credit report in addition to their compliance of California Civil Code 1785.16.

_____
John Brian Metcalf

9/26/12
Date

JOHN BRIAN METCALF

PROOF OF SERVICE

STATE OF CALIFORNIA   )
COUNTY OF ORANGE      )

I am a resident of or employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 2082 Michelson Drive, Suite 100-R, Irvine, CA 90612

On **December 21, 2012**, I served the foregoing documents described as **DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b)** all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the attached Service List.

(x) **BY MAIL** as follows:

( ) **STATE** – I am "readily familiar" with Albertson Law's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing affidavit.

(X) **FEDERAL** – I deposited such envelope in the United States mail at Irvine, California, with postage thereon fully prepaid.

( ) **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Irvine, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

( ) **BY CERTIFIED MAIL** – I am "readily familiar" with Albertson Law's practice of collection and processing correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt requested, on the above date according to Albertson Law's ordinary business practice.

( ) **BY PERSONAL SERVICE** as follows: I caused a copy of such documents to be delivered by hand to the offices of the addressee between the hours of 9:00 a.m. and 5:00 p.m.

( ) **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee(s). The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

( ) **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee(s) listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2.302 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.304(d), a transmission record of the transmission was printed.

( ) **STATE** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 21, 2012** at Irvine, California.

_____
ELIZABETH HAYES

## SERVICE LIST

United States District Court, Central District-Western Division

<u>John Brian Metcalf v. Select Portfolio Servicing, Inc.</u>

| | |
|---|---|
| John Brian Metcalf<br>2103 S. El Camino Real, #201<br>Oceanside, CA 92054<br><br>Telephone: (760) 434-5400<br>Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

### CV12- 10913 PSG (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY