UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12 - 10913 PSG (PLAx) | Date | April 18, 2013 |
|---|---|---|---|
| Title | *John Brian Metcalf v. Select Portfolio Servicing, Inc.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (In Chambers): Order REMANDING action

On February 4, 2013, the Court issued an Order to Show Cause ("OSC") why this action should not be remanded to state court for lack of federal subject matter jurisdiction. The OSC noted that though removal was asserted on the basis of federal question jurisdiction, the action did not appear to arise under federal law. *See* Dkt. # 10. The OSC noted that a response was required no later than February 25, 2013 or the action would be remanded to state court. Defendant did not file a response to the OSC, timely or otherwise. Accordingly, the action is REMANDED to state court.

**IT IS SO ORDERED.**